AO-91 (Rev. 8/01) Criminal Complaint

MAR 21 2015

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Fernando ACOSTA Jr.
YOB: 1991
U.S. Citizen

**CRIMINAL COMPLAINT**

Case Number: M-15-0426-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __March 21, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 7.54 kilograms of Methamphetamine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute approximately 7.54 kilograms of Methamphetamine, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846, and 952__.

I further state that I am a(n) __Special Agent__ And that this complaint is based on the following facts:
Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Jason T. Jupe, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

__March 21, 2015__  At __McAllen, Texas__
Date  9:11 pm   City and State

U.S. Magistrate Judge, Peter Orsmby
Name and Title of Judicial Officer

Signature of Judicial Officer

Attachment "A"

On March 21, 2015, U.S. Customs and Border Protections Officers (CBPOs) at the Hidalgo, Texas, Port of Entry (POE) referred Fernando ACOSTA Jr. to secondary inspection as he attempted to make entry into the U.S. in a minivan registered to himself. During an X-Ray inspection of the vehicle, CBPOs discovered an anomaly beneath the dash area of the minivan. A subsequent probe of this area revealed a man-made compartment that contained several bricks a crystallized substance that field tested positive for methamphetamine. The total weight of the bricks was 7.54 kilograms.

HSI Special Agents responded to the POE to interview ACOSTA, who waived his Miranda Rights both orally and in writing by signing a pre-printed form in the Spanish language. ACOSTA stated that vehicle was purchased for him by another individual, who wanted ACOSTA to establish a crossing history in the vehicle. This individual would pay ACOSTA to drive the minivan from Mexico to Houston, Texas, or San Antonio, Texas, and back to Mexico. At his destination in the U.S., ACOSTA would give the vehicle to another individual who would take it and bring it back to ACOSTA a while later.

ACOSTA subsequently stated that, on this trip to San Antonio, he thought he was taking liquid methamphetamine. ACOSTA stated that he suspected he transported drugs into the U.S. in his minivan before, because the individual who bought the vehicle for him would always borrow it the night before he would instruct ACOSTA to cross into the U.S.

The United States Attorney's Office in McAllen accepted federal prosecution on ACOSTA.